KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GURDIP SINGH DHALIWAL,<br>BALWINDER KAUR,<br>PARKASH KAUR,<br>NIJJ SARUP,<br>VEDPARKASH SINGH,<br><br>           Plaintiffs,<br><br>   v.<br><br>U.S. Citizenship and Immigration Services;<br>EDUARDO AGUIRRE, Director, U.S.<br>Citizenship and Immigration Services;<br>DAVID N. STILL, District Director,<br>USCIS San Francisco District Office;<br>GERARD HEINAUER, Director, USCIS<br>Nebraska Service Center,<br><br>           Defendants. | No. C 06-6746 WHA<br><br>**STIPULATION TO EXTEND DATES;<br>and [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiffs filed this action on or about October 30, 2006. Defendants' answer is currently due on January 8, 2006.

    2. Pursuant to this Court's October 30, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on February 1, 2007,

Stipulation for Extension
C 06-6746 WHA

and attend a case management conference on February 8, 2007.

3. The parties have agreed to give the defendants a 30-day extension of time to file their answer due to the likelihood that this case may be administratively resolved.

4. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:            February 8, 2007

Last day to file Joint ADR Certification:       February 15, 2007

Last day to file/serve Joint Case Management Statement:   March 1, 2007

Case Management Conference:                     March 8, 2007, at 11:00 a.m.

Date: January __, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: January __, 2007

See ft Signature
_____
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. There will be no further continuances.

Date: January 18, 2007.



_____
WILLIAM ALSUP
United States District Judge

Stipulation for Extension
C 06-6746 WHA

and attend a case management conference on February 8, 2007.

3. The parties have agreed to give the defendants a 30-day extension of time to file their answer due to the likelihood that this case may be administratively resolved.

4. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | February 8, 2007 |
| Last day to file Joint ADR Certification: | February 15, 2007 |
| Last day to file/serve Joint Case Management Statement: | March 1, 2007 |
| Case Management Conference: | March 8, 2007, at 11:00 a.m. |

Date: January ___, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: January 8, 2007

_____
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date::

_____
WILLIAM ALSUP
United States District Judge

Stipulation for Extension
C 06-5746 WHA