SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURDIP SINGH DHALIWAL, BALWINDER KAUR, PARKASH KAUR, NIJJ SARUP, VEDPARKASH SINGH, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>U.S. Citizenship and Immigration Services; EDUARDO AGUIRRE, Director, U.S. Citizenship and Immigration Services; DAVID N. STILL, District Director, USCIS San Francisco District Office; GERARD HEINAUER, Director, USCIS Nebraska Service Center, <br><br>　　　　Defendants. | No. C 06-6746 WHA <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

　　　Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the United States Citizenship and Immigration Services had adjudicated two of the four I-730 petitions involved in this action, and agrees to adjudicate the remaining two I-730 petitions within 45 days of when the remaining beneficiaries provide their fingerprints to the USCIS.

　　　Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 06-6746-WHA

| | | |
|---|---|---|
| Date: April 5, 2007 | | Respectfully submitted, |
| | | SCOTT N. SCHOOLS<br>United States Attorney |
| | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: April 5, 2007 | | /s/<br>ROBERT B. JOBE<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 9, 2007.

WILLIAM ALSUP
United States District Judge

STIPULATION TO DISMISS
C 06-6746-WHA